**FILED**

AUG 1 1 2003  *rO*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JAE DUCK KIM, | ) | |
| | ) | |
| *Plaintiff/Counterdefendant*, | ) | Civil Action No. 02 C 1278 |
| | ) | |
| v. | ) | Judge William J. Hibbler |
| | ) | |
| IDEASTIX, INC., a California Corporation, | ) | Magistrate Judge Geraldine Soat Brown |
| | ) | |
| *Defendant/Counterplaintiff.* | ) | |

**DOCKETED**

AUG 1 5 2003

### STIPULATION TO DISMISS ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED, by and between the parties, subject to the approval of this Court,

that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-entitled action,

including the claims and counter-claims, is hereby dismissed with prejudice, each party to bear

its own costs and attorneys' fees.

Respectfully submitted,

DATED: 8/11/03

SONNENSCHEIN NATH & ROSENTHAL LLP

S. Roberts Carter III
One of the attorneys for
Plaintiff Jae Duck Kim

DATED: 8/1/03

PARK AND SUTTON LLP

Mark L. Sutton
One of the attorneys for
Defendant IdeaStix, Inc.

14294912\V-1

62